In the Matter of the Claim of OTTO SCHULTZ, Respondent, against TAYLOR-FITCHER STEEL CONSTRUCTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOHN G. DEGENFELDER, Appellant, against H. G. VOGEL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE STATE TAX COMMISSION, Appellant. (Cicero, 1927–1931.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE STATE TAX COMMISSION, Appellant. (Hastings, 1927–1931.) — Orders affirmed, with costs in one proceeding. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

NEW YORK STATE ELECTRIC AND GAS CORPORATION, Respondent, v. MILO R. MALTBIE and Others, as Members of and Constituting the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and complaint dismissed, with costs, on the ground that the plaintiff has another adequate remedy. Rhodes, McNamee and Crapser, JJ., concur; Hill, P. J., and Heffernan, J., dissent. [147 Misc. 560.]

JOSEPH A. DIPPOLD, Respondent, v. ATLANTIC MILLS OF RHODE ISLAND, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

PICTORIAL REVIEW COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23284.) — Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [148 Misc. 721.]

In the Matter of the Application of LOTTIE H. ROWLAND, Respondent, for a Peremptory Order of Mandamus against JESSE D. VARS, as Clerk of the County of Rensselaer, and the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Appellants.— Order affirmed, with fifty dollars costs and disbursements. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents on the ground that by section 250 of the Tax Law the deeds in question were taxable as mortgages. By section 258 of the same law it is provided, in substance, that no mortgage of real estate shall be discharged of record unless the taxes imposed thereon by the Tax Law have been paid. The judgment in this action was in effect a satisfaction of the taxable mortgages. The clerk was justified in refusing to record the judgment until the taxes were paid.

GEORGE S. MALE and Others, Respondents, v. FRANK STENTO and WILLIAM SARAFINI, Copartners, Doing Business under the Name of STENTO & SARAFINI, Appellants. WILLIS SKINNER, Respondent, v. FRANK STENTO and WILLIAM SARAFINI, Copartners, Doing Business under the Name of STENTO & SARAFINI, Appellants. FRED BENSINGER, Respondent, v. FRANK STENTO and WILLIAM SARAFINI, Copartners, Doing Business under the Name of STENTO & SARAFINI, Appellants.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.